■ LAURIE TAVOLACCI an Infant, by Her Father and Natural Guardian, ALFRED TAVOLACCI, et al., Appellants, v DONALD SMOLEV, Respondent.—In an action to recover damages for personal injuries, etc., plaintiffs appeal from an order of the Supreme Court, Westchester County (Dickinson, J.), entered May 1, 1984, which denied their motion for summary judgment.

Order affirmed, with costs.

Whether or not defendant's dog had vicious propensities is a question of fact for the jury (see, DiGrazia v Castronova, 48 AD2d 249). Mangano, J. P., Bracken, Weinstein, Lawrence and Kooper, JJ., concur.